

# NUMBER 13-22-00483-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**IN RE LETICIA GUERRERO GARZA, ADMINISTRATOR OF THE ESTATE OF JORGE LUIS GARZA, DECEASED**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

By petition for writ of mandamus, relator Leticia Guerrero Garza, Administrator of the Estate of Jorge Luis Garza, Deceased, contends that: (1) the trial court abused its discretion when it refused to sign the parties' proposed order granting nonsuit or otherwise refused to issue an order granting nonsuit; and (2) the trial court abused its discretion by refusing to dismiss the underlying cause because the Hidalgo County Probate Court possesses exclusive jurisdiction over the relief requested in the underlying

proceeding. By motion for emergency temporary relief, relator asks the Court to stay all pretrial and trial proceedings pending the resolution of this original proceeding.

This Court, having examined and fully considered the relator's motion for emergency temporary relief, is of the opinion that it should be granted. Accordingly, we grant the relator's motion for emergency temporary relief and order the trial court proceedings to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b). The Court requests that the real party in interest, Daniela Montes, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
13th day of October, 2022.